

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00271-CR

Lilnifty General **WILSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2012CR8462
Honorable Philip A. Kazen, Jr., Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

Richard B. Dulany, Jr.'s motion to withdraw is GRANTED.

SIGNED October 2, 2013.

Karen Angelini, Justice